THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE BAKKI, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>        Defendant. | No. 2:20-cv-00235-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO RE-NOTE THE BOEING COMPANY'S MOTION FOR SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR:<br>February 11, 2021 |

    Please take notice that The Boeing Company ("Boeing") and Lance Bakki ("Plaintiff") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate to this Motion to Re-Note Boeing's Motion for Summary Judgment. Dkt. #21.

    On February 5, 2021, Boeing filed a Praecipe to add a declaration that had been inadvertently omitted in its Motion for Summary Judgment filing due to a clerical error. Dkt. #27. On February 10, 2021, Plaintiff filed an Objection to the Praecipe. Dkt. #28. The same day, counsel for the Parties conferred and agreed to seek permission to extend the noting date for Boeing's Motion for Summary Judgment from February 19, 2021 to February 26, 2021, in exchange for Plaintiff's withdrawal of his Objection to the Praecipe.

    Accordingly, Plaintiff hereby withdraws his Objection to the Praecipe (Dkt. #28) and the Parties respectfully request that Boeing's Motion for Summary Judgement (Dkt. #21) be re-noted

STIP. MOTION & [PROPOSED] ORDER TO RE-NOTE DEF'S MOTION FOR SUMMARY JUDGMENT (NO. 2:20-CV-00235-JLR) – 1
92341388.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

to February 26, 2021, making Mr. Bakki's Opposition due February 22, 2021, and Boeing's Reply due on February 26, 2021. All other dates on the Court's schedule would remain unaffected.

DATED: February 11, 2021.

By: *s/ Ruth Vizcaino*
George O. Tamblyn, WSBA #15429
Ruth Vizcaino, WSBA #52846
gtamblyn@mercerlg.com
rvizcaino@mercerlg.com
**Kuderer & Tamblyn**
Mercer Island Law Group, PLLC
7900 SE 28th St, Suite 320
Mercer Island, WA  98040
Telephone:  206.236.2769

By: s/ *Emily A. Bushaw*
By: s/ *Lindsay J. McAleer*
Emily A. Bushaw, #41693
Lindsay J. McAleer, #49833
Attorneys for Defendant
THE BOEING COMPANY
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099

**IT IS SO ORDERED.**

Dated this 11th day of February, 2021.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Emily A. Bushaw*
Emily A. Bushaw #41693
Lindsay McAleer #49833
Perkins Coie LLP

*Attorneys for Defendant*

*/s/ Ruth Vizcaino*
George O. Tamblyn, WSBA #15429
Ruth Vizcaino, WSBA #52846
Kuderer & Tamblyn
*Attorneys for Plaintiff*

STIP. MOTION & [PROPOSED] ORDER TO RE-NOTE DEF'S MOTION FOR SUMMARY JUDGMENT (NO. 2:20-CV-00235-JLR) – 2
92341388.1