# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE BAKKI,<br><br>        Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>        Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C20-0235JLR |

\_\_\_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant The Boeing Company's motion for summary judgment (Dkt. # 21) is GRANTED. (*See* Dkt. # 38.) Plaintiff Lance Bakki's claims are dismissed with prejudice. (*See id.*)

Filed this 15th day of March, 2021.

                            WILLIAM M. MCCOOL
                            Clerk of Court

                            s/ Ashleigh Drecktrah
                            Deputy Clerk